In the Matter of SAMUEL M. GOLDBERG, an Attorney.— Reference ordered to Hon. James A. O'Gorman, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of EDWARD GORDON, an Attorney.— Reference ordered to Hon. Frederick Spiegelberg, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of NATHAN GORDON, an Attorney.— Reference ordered to Millard H. Ellison, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of M. BERNARD GREENBERG, an Attorney.— Reference ordered to Hon. Morgan J. O'Brien, an attorney. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MANLEY J. GREENWALD, an Attorney.— Reference ordered to Hon. Frank D. Pavey, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of RUDOLPH HELFANT, an Attorney.— Reference ordered to John Brooks Leavitt, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of FANNIE HOROVITZ, an Attorney.— Reference ordered to Hon. Frank D. Pavey, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of ALEXANDER KARLIN, an Attorney.— Reference ordered to Archibald Douglas, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of MORRIS H. KATZ, an Attorney.— Reference ordered to John Brooks Leavitt, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JACOB KLEIN, an Attorney.— Reference ordered to Seymour K. Fuller, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JOSEPH LEVY, an Attorney.— Reference ordered to Hon. Charles S. Whitman, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of IRVING B. LINDEN, an Attorney.— Reference ordered to Henry Wollman, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of HUMPHREY J. LYNCH, an Attorney.— Reference ordered to Hon. Chester B. McLaughlin, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of FRANK J. O'NEILL, an Attorney.— Reference ordered to Edgar J. Nathan, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of LOUIS M. PHILLIPS, an Attorney.— Reference ordered to Hon. William N. Cohen, referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.